| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Ebel, David M. | 2. Court or Organization Tenth Circuit Court of Appeals | 3. Date of Report 05/03/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Circuit Judge (Senior) | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

Byron White U.S. Courthouse
1823 Stout Street
Room 109L
Denver, CO 80257

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 05/03/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Public Employees Retirement Association (PERA) -- retirement |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Oklahoma City University | 4/8/12 - 4/12/12 | Oklahoma City, OK | Jurist-in-Residence | Airfare and rental car |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 05/03/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 05/03/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Magellan Fd. | A | Dividend | J | T | Buy | 11/15/12 | J | | |
| 2. " " " | | | | | Buy | 12/11/12 | J | | |
| 3. Janus Contrarian Fund D | A | Dividend | J | T | | | | | |
| 4. Janus Global Life Science Fd. D | A | Dividend | K | T | Buy | 1/6/12 | J | | |
| 5. " " " | | | | | Buy | 12/11/12 | J | | |
| 6. Janus Money Market Fd. D | A | Interest | K | T | Sold (part) | 1/6/12 | L | A | |
| 7. " " " | | | | | Sold (part) | 3/7/12 | J | A | |
| 8. " " " | | | | | Buy | 4/24/12 | K | | |
| 9. " " " | | | | | Buy | 5/17/12 | J | | |
| 10. " " " | | | | | Sold (part) | 11/15/12 | J | A | |
| 11. " " " | | | | | Sold (part) | 12/11/12 | K | A | |
| 12. US Bank | A | Interest | K | T | | | | | |
| 13. Janus Global Select Fund D | A | Dividend | J | T | Buy | 1/6/12 | J | | |
| 14. " " " | | | | | Buy | 3/7/12 | J | | |
| 15. " " " | | | | | Sold (part) | 4/24/12 | J | A | |
| 16. " " " | | | | | Sold (part) | 5/17/12 | J | A | |
| 17. Fidelity Cash Reserve | A | Interest | J | T | Sold (part) | 1/6/12 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 05/03/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   " " " | | | | | Sold (part) | 3/7/12 | J | A | |
| 19.   " " " | | | | | Buy | 4/24/12 | K | | |
| 20.   " " " | | | | | Sold (part) | 11/15/12 | J | A | |
| 21.   " " " | | | | | Sold (part) | 12/11/12 | K | A | |
| 22.   Fidelity Select Energy Service Fd. | A | Dividend | J | T | Sold (part) | 4/24/12 | J | A | |
| 23.   " " " | | | | | Sold (part) | 11/15/12 | J | A | |
| 24.   EYEris Class A Common Stock | A | Dividend | J | T | | | | | |
| 25.   EYEris Class B Common Stock | A | Dividend | J | T | Sold (part) | 12/26/12 | J | A | |
| 26.   Janus Growth & Income Fd. D | A | Dividend | K | T | Buy | 11/15/12 | J | | |
| 27.   " " " | | | | | Buy | 12/11/12 | J | | |
| 28.   Fidelity U.S. Gov't Reserves | A | Interest | J | T | | | | | |
| 29.   Fidelity Energy Market Fd. | A | Dividend | J | T | Buy | 3/7/12 | J | | |
| 30.   Fidelity Value Fd. | C | Dividend | K | T | Buy | 11/15/12 | J | | |
| 31.   " " " | | | | | Buy | 12/11/12 | J | | |
| 32.   Fidelity Diversified Int'l Fd. | A | Dividend | K | T | Buy | 3/7/12 | J | | |
| 33.   " " " | | | | | Buy | 12/11/12 | J | | |
| 34.   Dodge & Cox Stock Fd. | | | L | T | Buy | 1/6/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 05/03/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. " " " | | | | | Sold (part) | 4/24/12 | K | A | |
| 36. " " " | | | | | Buy | 11/15/12 | J | | |
| 37. " " " | | | | | Buy | 12/11/12 | J | | |
| 38. Dodge & Cox Balanced Fd. | A | Dividend | J | T | Buy | 12/12/12 | J | | |
| 39. Dodge & Cox Income Fd. | B | Interest | J | T | Sold (part) | 1/6/12 | J | A | |
| 40. " " " | | | | | Sold (part) | 3/7/12 | K | B | |
| 41. " " " | | | | | Buy | 4/24/12 | K | | |
| 42. " " " | | | | | Buy | 5/17/12 | J | | |
| 43. " " " | | | | | Sold (part) | 11/15/12 | J | A | |
| 44. " " " | | | | | Sold (part) | 12/11/12 | K | B | |
| 45. Royce Opportunity Fd. | A | Dividend | J | T | Buy | 11/15/12 | J | | |
| 46. Royce Total Returns Fd. | B | Dividend | K | T | Sold (part) | 1/6/12 | J | B | |
| 47. Janus Overseas Fd. D. | A | Dividend | | | Buy | 3/7/12 | J | | |
| 48. " " " | | | | | Sold | 4/24/12 | J | A | |
| 49. " " " | | | | | Sold (part) | 5/17/12 | J | A | |
| 50. " " " | | | | | Sold | 11/15/12 | J | A | |
| 51. Janus Short-Term Bond Fd. | A | Dividend | J | T | Sold (part) | 3/7/12 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 05/03/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. " " " | | | | | Sold (part) | 12/11/12 | J | A | |
| 53. Intech U.S. Core Fd. D | B | Distribution | L | T | Buy | 1/6/12 | J | | |
| 54. " " " | | | | | Buy | 5/17/12 | J | | |
| 55. " " " | | | | | Buy | 12/11/12 | J | | |
| 56. Perkins Mid-Cap Value Fd. D | B | Int./Div. | J | T | Sold (part) | 4/24/12 | J | A | |
| 57. " " " | | | | | Sold (part) | 5/17/12 | J | A | |
| 58. " " " | | | | | Sold (part) | 11/15/12 | J | A | |
| 59. Fidelity Int'l Small Cap Fd. | A | Dividend | J | T | Buy | 3/7/12 | J | | |
| 60. Fidelity Contra Fd. | A | Dividend | J | T | Buy | 12/11/12 | J | | |
| 61. Fidelity Select Wireless Fd. | A | Dividend | J | T | Buy | 1/6/12 | J | | |
| 62. " " " | | | | | Sold (part) | 4/24/12 | J | A | |
| 63. Fidelity Select Natural Gas Fd. | A | Dividend | | | Sold (part) | 4/24/12 | J | A | |
| 64. " " " | | | | | Sold | 11/15/12 | J | A | |
| 65. Dodge & Cox International Fd. | B | Dividend | K | T | Buy | 3/7/12 | K | | |
| 66. " " " | | | | | Sold (part) | 4/24/12 | J | A | |
| 67. " " " | | | | | Sold (part) | 5/17/12 | J | A | |
| 68. " " " | | | | | Sold (part) | 4/15/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 05/03/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   " " " | | | | | Buy | 12/11/12 | J | | |
| 70.   Pennsylvania Mutual Fd. | A | Dividend | J | T | Buy | 1/6/12 | J | | |
| 71.   Royce Premier Fd. | A | Dividend | K | T | Buy | 1/6/12 | J | | |
| 72.   Royce 100 Fd. | A | Dividend | J | T | Sold (part) | 11/15/12 | J | A | |
| 73.   Royce Value Fd. | A | Dividend | J | T | | | | | |
| 74.   Northwestern Mutual Modified Whole Life Policies | E | Interest | M | T | | | | | |
| 75.   Mass. Mutual Whole Life Policy | C | Interest | K | T | | | | | |
| 76.   Thrivant Lutheran Brotherhood Whole Life Policy | B | Interest | K | T | | | | | |
| 77.   Janus Enterprise Fund D | A | Dividend | K | T | Buy | 1/6/12 | J | | |
| 78.   " " " | | | | | Sold (part) | 4/24/12 | J | A | |
| 79.   " " " | | | | | Buy | 12/11/12 | J | | |
| 80.   Janus Global Research Fd. D | A | Dividend | K | T | Buy | 1/6/12 | J | | |
| 81.   " " " | | | | | Buy | 11/15/12 | J | | |
| 82.   " " " | | | | | Buy | 12/10/12 | J | | |
| 83.   Fidelity Canada Fd. | A | Dividend | J | T | Buy | 1/6/12 | J | | |
| 84.   " " " | | | | | Sold (part) | 4/24/12 | J | A | |
| 85.   " " " | | | | | Sold (part) | 11/15/12 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 05/03/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. " " " | | | | | Sold (part) | 12/11/12 | J | A | |
| 87. Fidelity Real Estate Investments | A | Dividend | K | T | Buy | 1/6/12 | J | | |
| 88. " " " | | | | | Sold (part) | 3/7/12 | J | A | |
| 89. " " " | | | | | Buy | 11/15/12 | J | | |
| 90. " " " | | | | | Buy | 12/11/12 | J | | |
| 91. Fidelity Environmental Alternative Energy | A | Dividend | J | T | | | | | |
| 92. Janus Fund D | A | Dividend | K | T | Buy | 12/11/12 | J | | |
| 93. Fidelity Select Natural Resources | A | Dividend | J | T | Sold (part) | 4/24/12 | J | A | |
| 94. Dodge & Cox Global Stock Fd. | A | Dividend | J | T | Buy | 3/7/12 | K | | |
| 95. " " " | | | | | Sold (part) | 4/24/12 | J | A | |
| 96. " " " | | | | | Sold (part) | 5/17/12 | J | A | |
| 97. " " " | | | | | Sold (part) | 11/15/12 | J | A | |
| 98. " " " | | | | | Buy | 12/11/12 | J | | |
| 99. Janus Triton Fund D | A | Dividend | J | T | Buy | 1/11/12 | J | | |
| 100. Fidelity Acct. Individual | A | Interest | J | T | Buy | 11/29/11 | J | | |
| 101. " " " | | | | | Buy | 11/30/12 | J | | |
| 102. General Motors Co. | | | J | T | Buy | 12/31/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 05/03/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Open Intelligence Software Group, Inc. Class A Common Stock | | None | J | T | Buy | 12/21/12 | J | | |
| 104. Lyza Software Group, Inc. Class A Common Stock | | None | J | T | Buy | 12/21/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 05/03/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII - Line 53: Intech Risk-Managed Care Fund D had a name change to Intech U.S. Care Fd. D.

VII - Line 100: Fidelity Acct. Individual. This account was established on November 29, 2011. It was inadvertently not reported in my 2011 Financial Disclosure, but was held only in cash throughout the remainder of 2011. It raised no conflicts as I had no cases during that time involving Fidelity.

AMENDMENT: IV. REIMBURSEMENTS: This section was amended to include travel expenses paid for by Oklahoma City University for travel to Oklahoma City University Law School as a Jurist-in-Residence.

**FINANCIAL DISCLOSURE REPORT**

Page 12 of 12

Name of Person Reporting

Ebel, David M.

Date of Report

05/03/2013

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David M. Ebel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544